IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Stephen: of the Haff family/AKA: Stephen Haff , Plaintiff,

v.

THE STATE OF COLORADO ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 5 2015

JEFFREY P. COLWELL
CLERK

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. __Stephen Haff, #822451, Denver Sheriff Department, P.O. Box 1108,__
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   __Denver, Colorado (80201)__

2. __THE STATE OF COLORADO, Governmental Corporation, 1300 Broadway,__
   (Name, title, and address of first defendant)
   __10th Floor, Denver, Colorado (80203)__

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:

   __The Defendant is a Corporation and acts under color of state law whenever it acts upon someone not bound under its corporate/commercial statutes. Which it has done against the Plaintiff and gives rise to this action.__

3. __N/A__
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

4. __N/A__
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ☒ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   U.S.C.A. Constitution Amendment 1

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

THE STATE OF COLORADO, the Defendant, is a Corporation, with no land jurisdiction or authority over people not bound to it through legally binding contracts. It was organized and created under the UNITED STATES CORPORATION, which was formed by the District of Columbia Act of 1871. This is an indisputable fact.

The U.S. Constitution as it operates today is simply the Corporate Charter of the U.S. and its subsidiaries including the Defendant. It is a commercial document meant to formally lay the legal foundations and principles of its corporate conduct.

The Plaintiff is under no illusion that he has "Constitutional Rights", because the Constitution was not designed to operate upon him. The Plaintiff is and has always been a natural born Sovereign upon the earth and private flesh and blood man. Never subject to any corporation at any time in any manner. Including the U.S. or the Defendant.

The Plaintiff makes this Complaint in accordance with Title 42 USCA §1983, not as a Fictional U.S. Citizen, but as a Sovereign neutral who is subjected to the jurisdiction of the U.S. by force of the Defendant and therefore has standing to present this claim for redress.

Since it is an undisputed fact that the Defendant is a Corporation. It must be concluded that all of the Defendants statutes are nothing more than Commercial/corporate by-laws which govern the conduct of the Defendant and the Defendant's employees acting through Titles granted by the Defendant. When these Commercial/corporate statutes are forcefully implemented against the Plaintiffs, the Sovereign, it is obvious that the actual implementation is done under Color of State Law because the Plaintiff is not contractually bound under the Defendants Commercial/corporate statutes.

The factual narrative of events which gives rise to this action against the Defendant are set out below:

On January 12th, 2015, the Plaintiff was kidnapped/seized by people acting as officers on behalf of the Defendant. His upper extremities were restrained by handcuffs and he was transported to a police station of the Denver Police Department. The Denver Police Dept. is a corporate sub-agency of the Defendant's and operates on the Defendants behalf.

(Rev. 1/30/07) 3

## C. NATURE OF THE CASE

At the Denver Police Station the Plaintiff's clothes were stolen by the people acting as officers of the Defendant. This was accomplished by forcefully slamming the Plaintiff on the ground and using torture devices on his arms and legs called O.P.N.'s.

Later that night, the Plaintiff's upper and lower extremities were restrained by handcuffs and shackles and he was transported to the "Downtown Detention Center (D.D.C.)", which is operated by the Denver Sheriff Department (D.S.D.) The D.S.D. is a corporate sub-agency of the Defendant and operates on its behalf.

Upon arrival at the D.D.C. the Plaintiff refused to allow his photograph to be taken, answer any questions, give his fingerprints and D.N.A. The people acting as sheriff Deputies, on behalf of the Defendant, tried to verbally coerce the plaintiff to give his photograph, fingerprints, and D.N.A. to them for booking into jail. The Plaintiff refused because he understood that a) he was not under any lawful obligation to do so, and; b) the booking process is a cleverly designed deception of an actual lawful process but in reality is nothing more than a commercial (UCC Article 8)/admiralty process of booking seized property into an accounting ledger for warehousing which the Defendant calls "jail". Since the Plaintiff is not "property" but is a sovereign flesh and blood man and his seizure committed under color of state law, violating his inalienable rights and the laws of nature, commerce and admiralty, he rightfully refused.

The following day on January 13th, 2015. The people acting as deputy sheriffs of the D.S.D. Brutally assaulted the plaintiff with hands and the torture devices called O.P.N.'s. Physically strapped the Plaintiff into a torture chair to restrict his ability to resist and were partially successful in stealing the Plaintiff's photograph and fingerprints under color of state law.

This entire episode of assault, theft and torture was captured on videotape. Recorded as a "use of force Incident" of the D.S.D. On this recorded video, the Plaintiff questions the highest ranking deputy present, she acts through the rank of Captain/Watch commander. On this recording, she admits that the D.S.D. is a corporate sub-agency of the Defendant, that she has no real authority to do anything or take anything from the Plaintiff, that all these aforementioned acts are committed under color of state law and that the booking process is in fact a quasi commercial/admiralty process of booking seized property into an accounting ledger for warehousing. This video will be subpoena'd as evidence and entered into the record of this case.

The following day on January 14th, 2015. A team of people acting as sheriff Deputies on behalf of the Defendant. Again brutally assaulted and tortured the plaintiff. In order to unlawfully extract the fingerprints, photograph and DNA. of the Plaintiff under color of state law. Another "use of force Incident" video was made by the D.S.D. of this episode and will be subpoena'd and entered as evidence. The torture chair and O.P.N. torture devices were once again used to accomplish their color of state law objective against the rights of the Plaintiff.

Although this time the torture was much more calculated, severe and brutal. The medical staff present during this episode actually believed that the people acting as deputies had broken both the Plaintiff's arms and demanded that he be taken to the hospital for evaluation. During this brutal episode the plaintiff was injected with a three drug cocktail of psycotropic drugs including Thorazine and Haladol against his will.

At the hospital it was determined that the Plaintiff's arms were not broken but were severly contused and deformed from the torture. However because of his drugged and barely conscious state, the Plaintiff was incapable of telling the doctors that he had lost physical sensation in his left thumb. To date, the Plaintiff still has not recovered feeling in his left thumb and can feel nothing when you touch the skin from the fingernail all the way down to the lower middle portion of his left palm.

The purpose of THE STATE OF COLORADO CORPORATION is the same as all corporations. That purpose is to generate a profit for it's stakeholders. Corporations acting lawfully accomplish this purpose by selling goods and/or services. The Defendant does not. The Defendant generates profits through its commercial color of state law criminal statutes and courts.

First, people acting under color of state law. Through titles granted by the Defendant such as "officer" and "agent". Arrest sovereign flesh and blood men and women. The term "Arrest" has it's origins in Admiralty Law. It means to seize cargo and property from a commercial vessel. Those people on behalf of the Defendant then "charge" a wholly fictitious commercial entity the Defendant creates using the UPPERCASE spelling of the arrested man or woman's

## C. NATURE OF THE CASE

given and family name. The term "Charge" is a commercial term which means a financial debt obligation. The "Charge" stems from an alledged violation of the commercial/corporate statutes of the Defendant Corporation. The Defendant knows that the arrested man or woman is not liable under it's commercial/corporate statutes and that it's "Charges" are fraudulent and fictional.

Next, the real Sovereign, man or woman is brought, handcuffed and shackled, into a corporate unit of the Defendants called a "Court". This court acts under color of state law. The officers of the Court, ie... JUDGES, ATTORNEYS and COURT CLERK. All represent the interests and work on behalf of the Defendant Corporation. Their primary job is to get the man or woman to believe that they are liable for pleading to these fraudulent and fictional "Charges". Once that is accomplished, the Defendants Court creates what is called a "Bid Bond", by hypothecating the Sovereign man or woman's Value. The value of the "Bid Bond" is determined by the type of "Charge". The "Bid Bond" is sold by the Defendant for a profit through a commercial corporation called the "Court Registry Investment System (CRIS)" or bundled and sent to a U.S. District Court for commercial resale under a "Fidelity Investments Corporation" fund. Other bonds are created and sold in this same color of law scheme, one of which is called a "Performance Bond".

The Defendant never discloses to the man or woman who is caught in this color of law scheme what is really happening. That the man or woman is not liable for any "charges" brought on behalf of the Defendant. That the entire scheme is commercial, done under color of law. That the "charges" are fraudulent and fictional. That the Defendants Court is a cleverly designed illusion of lawful authority but is acting out an entirely fraudulent commercial color of law scheme. To steal the Sovereign man or womans value which is then converted into commercial bonds. That are sold by the Defendant as unregistered securities to enrich the Defendants stakeholders.

The commercial color of state law scheme of the Defendants, as outlined above. Violates every inalienable civil, natural, commercial and human right of man. It also violates the Commercial Corporate Charter of the U.S. Called the U.S. Constitution. As it pertains to the acknowledgements of the rights of People. Specifically the 4th, 5th and 6th Amendments.

If the Plaintiff created a corporation, wrote commercial/corporate statutes for his corporation and privately copyrighted them. Then kidnapped people and "Charged" them for violating the laws of his corporation. Stole their private Property in order to warehouse them in a "jail" in a quasi-commercial/admirality process without any due process. Brought them in handcuffs and shackles before a corporate unit of his corporation called a "Court" and forced them to plead to his fraudulent and legally non-existant commercial "charges" so that his corporate officers could create commercial bonds to sell to make a corporate profit. If the Plaintiff beat, tortured, lied to and imprisoned these people to effectuate this scheme. Then the Plaintiff would have violated every single inalienable civil, natural, commercial and human right of the Person this commercial color of law scheme was perpetrated against.

This is exactly what the Defendant has done to the Plaintiff and thereby violated every single inalienable civil, natural, commercial and human right the Plaintiff was endowed with by the creator of the universe.

On January 16th, 2015, the Plaintiff was brought before the corporate color of State law "Court" of the Defendant's. He tried to peacefully assert his civil rights to due process. To Johnny C. Barajas, acting through the colorable Title of "JUDGE", which was granted by the Defendant. Johnny C. Barajas, acting for the Defendant as Judge, under a fraudulent color of State law scheme. Had the audacity to hold the Plaintiff in Contempt of a Color of law court and "sentence" him to 200 days of imprisonment under color of State law. Thereby intentionally and maliciously violating the Plaintiff's inalienable civil rights, to silence the Plaintiff from asserting those rights.

This action against the Plaintiff under color of State law is so malicious and patently absurd that it defies all logical understanding and cannot be lawfully explained. Johnny C. Barajas will be served an interogetory and deposed by the Plaintiff as a part of the evidence gathering against the Defendant and the transcripts of this hearing subpoena'd along with Johnny C. Barajas' Oath of Office.

On January 21st, 2015, the Plaintiff was once again brought before the corporate color of state law "court" of the Defendants and Johnny C. Barajas acting through the Title of "Judge", on behalf of the Defendant. Under Color of State law Johnny C. Barajas plead "Not Guilty" to the "charges" brought by the Defendant. Since the "charges" are commercial, technically Johnny C. Barajas became an accomodating party under the laws of commerce and became personally liable for those "charges". Since the Rights of the Plaintiff were violated by the Defendant's court on 1/16/2015 for verbally asserting his rights to due process, the Plaintiff entered a sworn affidavit into the record of that matter on 1/21/15. Which is unrebutted and therefore stands as the truth. A copy of this affidavit will be entered into the record of this action with the Clerk's time and Date stamp affixed and the transcripts will be subpoena'd and entered as evidence.

Later on January 21st, 2015, the Plaintiff was brought into another Color of State law "court" of the Defendant's, Administered by James B. Breese acting through the Title of "Judge", granted by the Defendant. The Plaintiff entered a sworn affidavit into the record of that matter as well, which has gone unrebutted and therefore stands as the truth. On the record of that hearing, James B. Breese, while acting as a "Judge" under Color of State law, Admitted that THE STATE OF COLORADO is a "Governmental <u>CORPORATION</u>", that all "JUDGES", "represent the interests of and work on behalf of 'THE STATE OF COLORADO'", and he refused to sign the "Court" form titled "2nd Advisement". On the signature line for the "County Judge" to certify the "charges" and Defendant and due process under color of State law. He wrote "Refused" and it was attested to by witness signature of the Court Clerk. The line for the "Defendant" signature is left blank.

The Plaintiff is in possession of the "Wet Ink" original. So it is suspect whether this document was recorded or not. Either way, it is clear that James B. Breese knew he was acting under color of State Law and would therefore <u>not</u> certify fictional "charges" or certify a legal Defendant or otherwise continue to act under color of State law in that matter because he knew the entire matter was fraudulent. James B. Breese will be served an interrogatory and deposed by the Plaintiff as a part of this action. The transcripts of this hearing will be subpoena'd along with his oath of office and the form in the Plaintiff's possession titled "2nd Advisement" will be entered as evidence as well.

C. NATURE OF THE CASE

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: The Defendant did kidnap and unlawfully seize the Plaintiff under color of state law on January 12, 2015, by and through people acting on its behalf. Violating the Plaintiff's rights to Life, Liberty, the Pursuit of Happiness, due process and to be secure in his person against unreasonable seizure.

   Supporting Facts: The Defendant is a Corporation. It does not exist in tangible form nor does it have land jurisdiction. The Denver Police Department is a Corporate sub-agency of the Defendants. The people acting as "Law Enforcement Officers" of the Denver Police Department are acting as Corporate officers on behalf of the Defendant. The Defendant's statutes are the privately Copyrighted Commercial by-laws of it's Corporation. The Plaintiff is not under the Corporate jurisdiction of the Defendant and is not subject to its private Commercial Statutes. The Defendant's "Law Enforcement Officers" have no lawful authority to enforce the Defendant's corporate/commercial statutes upon the Plaintiff. As the Plaintiff is not subject to them or the Defendant. Nevertheless, "Law Enforcement Officers" employed by the Denver Police Department on behalf of the Defendant, Did Kidnap and unlawfully seize the Plaintiff on January 12th, 2015 under the color of State Laws/statutes. Knowing that their jurisdiction to enforce the statutes of the Defendants Corporation did not extend to the Plaintiff. The Defendant's statutes are not the "laws of the land", but are the private Copyrighted colorable laws of a legal entity called THE STATE OF COLORADO, Corporation and the Defendant. The Defendant has no natural right to seize/ kidnap the Plaintiff, or any natural rights at all because the Defendant is wholly artificial.

(Rev. 1/30/07)                              4

2. Claim Two: The Defendant has unlawfully imprisoned the Plaintiff under color of state law, since January 12th, 2015 by natural people acting on its behalf. Violating the Plaintiffs rights to Life, Liberty, the Pursuit of Happiness and due process.

   Supporting Facts: The Defendant is a corporation, acting in commerce and admiralty. The Plaintiff is a private flesh and blood man and Sovereign neutral. The Defendant has unlawfully imprisoned the Plaintiff under a Commercial/admiralty Color of State law scheme to defraud the Plaintiff of his value to unlawfully enrich itself and its stakeholders. It has done so by arresting the Plaintiff under commercial color of state law statutes to which the Plaintiff is not subject. Then in a quasi admiralty process, meant to mimic a common-law-Process. Booked the Plaintiff through force and violence as seized property into an accounting ledger for warehousing at what is called a "jail" (See UCC Article 8). Then, "Charges" a wholly fictious legal entity with a debt obligation for a violation of the Defendants commercial / corporate statutes and under color of state law forces the Plaintiff to "plead" to the fraudulent and fictional "charges" by forceable violence and outright fraud. So that the Plaintiff becomes an unwilling and therefore unlawful "accomidating party" for the fraudulent and fictional "Charge". In order to get the plaintiffs (factually non-existant) pledge of value to pay the entirely fraudulent "charge". The Defendant then uses it's courts to accept the unlawfully obtained Pledge and harness that value of the Plaintiff into commercial bonds. Which the Defendant sells for a corporate profit, The Defendant does not imprison the Plaintiff under the common law but pretends to do so. The Plaintiffs imprisonment is used by the Defendant to make corporate profits by creating and selling commercial bonds.

3. Claim Three: The Defendant did unlawfully steal the Plaintiff's clothes, photograph, fingerprints and DNA. Under Color of State Law by and through natural people on its behalf. Violating the Plaintiff's rights to life, due process and private property not taken without just compensation.

Supporting Facts:

The Defendant, a corporation, acting under the color of its laws. Did steal the Plaintiff's Private Property, including his clothes, photograph, fingerprints and D.N.A. As a part of it's wholly unlawful commercial color of state law scheme to "Book" the Plaintiffs Sovereign flesh and blood man, as identifiable seized property for accounting into its warehouse, which the Defendant calls "Jail" (See UCC Article 8). The Defendant, a corporation, has no lawful right or Title to the property it seized from the Plaintiff but the Plaintiff does have absolute rights and Titles to the property stolen from him by the Defendant.

4. Claim Four: <u>The Defendant did assault, torture and permanently injure the Plaintiff under Color of State Law. By and through natural people acting on it's behalf. Violating the Plaintiff's rights to life, the Pursuit of Happiness, to be peaceful and free from torture and harm, and to be secure in his person.</u>

Supporting Facts: The Defendant, a Corporation, has assaulted, brutally tortured and permanently injured the Plaintiff's left thumb and hand. By and through natural people acting on it's behalf. The assaults, torture and permanent injury happened because of the Plaintiff's non-compliance with the Defendants Commercial color of law scheme. To physically and commercially enslave the Plaintiff under the Defendant Corporation. The Defendant Corporation had to obtain the fingerprints, photograph and DNA. of the Plaintiff in order to book him as Seized property into an accounting ledger and warehousing in Jail. As a part of the quasi-Commercial/admiralty Process to create commercial bonds using the Plaintiff's value. Those Commercial bonds are sold by the Defendant for corporate profits. If the Defendant failed to get the fingerprints, photograph and DNA of the Plaintiff then it's commercial color of state law scheme, described above, would not work for the Defendants benefit. So the Defendant did assault, brutally torture and permanently injure the Plaintiff to obtain his fingerprints, photograph and DNA under color of State Law on January 13th and January 14th, 2015.

D. CAUSE OF ACTION

5. Claim Five: <u>The Defendant has committed Fraud by conspiracy and collusion through natural people acting on its behalf. To enslave the Plaintiff under a commercial Color of State law scheme and steal his value. Violating the Plaintiff's rights to life, liberty, the Pursuit of Happiness, due process, full disclosure/meeting of the minds, to contract or not contract freely, equal standing in law, to have the rights to his labor, wealth and value (doctrine of Consideration for value).</u>

Supporting Facts: The Defendant is a corporation, the Defendant's statutes are the commercial and corporate by-laws which governs the Defendant and its employees and people working on its behalf through Titles the Defendant grants. The Defendant by and through these people working on its behalf have unlawfully imposed the Defendants statutes upon the Plaintiff. In order to kidnap and imprison him under color of state law with "charges" for violating the Defendants statutes to which the Plaintiff is not bound. Then drag the Plaintiff into a corporate color of law administrative unit of the Defendants called a "court". So that the "Officers of the court" can fraudulently steal the Plaintiff's real value to convert that value into commercial bonds the Defendant sells for profit. The fraudulent scheme, outlined above, is a piecemeal approach to commercial and admiralty law. Which the Defendant's actors deliberately conceal from the Plaintiff and when directly questioned by the Plaintiff to obtain full disclosure. These actors on behalf of the Defendant have outright lied. Which the Plaintiff has abundant and overwhelming proof of. If the Defendant fully disclosed the true purpose of its "Criminal Statutes", "Criminal Rules", and "criminal courts". It's fraudulent Scheme to create and sell commercial bonds would end which would dry up the main source of revenue for the Defendant. Thats why it refuses to disclose and continue to fraudulently propagate this commercial color of law scheme against the Plaintiff.

D. CAUSE OF ACTION

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ☒ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ☒ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes ☒ No (CHECK ONE). This claim is not against the institution confining the plaintiff or anyone at the institution and therefore not covered under the administrative authority of the institution, so there are no administrative remedies for this claim.

(Rev. 1/30/07)                                      7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Relief for Claim 1 - Compentensory damages in the amount of Fifty Million U.S. Dollars ($50,000,000.00 USD) from the Defendant to the Plaintiff

Relief for Claim 2 - Compentensory damages in the amount of Two Million U.S. Dollars ($2,000,000.00 USD) per day beginning on January 12th, 2015 and continuing until Plaintiff is freed from imprisonment by the Defendant

Relief for Claim 3 - Compentensory damages in the amount of Fifty Million U.S. Dollars ($50,000,000.00 USD) from Defendant to Plaintiff

Relief for Claim 4 - Compentensory damages in the amount of Fifty Million U.S. Dollars ($50,000,000.00 USD); Punitive Damages in the amount of Fifty Million U.S. Dollars ($50,000,000.00 USD) from the Defendant to the Plaintiff.

Relief for Claim 5 - Compentensory damages in the amount of Fifty Million U.S. Dollars ($50,000,000.00 USD); Punitive Damages in the amount of Fifty Million U.S. Dollars ($50,000,000.00 USD) from the Defendant to the Plaintiff

Total Relief Demanded as of Febuary 2nd, 2015 = Three Hundred Forty Four Million U.S. Dollars ($344,000,000. USD)

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  02/02/2015
(Date)

Stephen Hall (UCC 1-308)
(Prisoner's Original Signature)

(Rev. 1/30/07)                                  8